IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RICHARD DAWSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. H-O1-0308 |
| **UNUM LIFE INSURANCE COMPANY** | § | |
| **OF AMERICA,** *ET AL.* | § | |
| | § | |
| **Defendants.** | § | |

United States Courts
Southern District of Texas
ENTERED

MAR 8 2002

Michael N. Milby, Clerk of Court

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave of Court to File Response to Defendant's Motion for Summary Judgment **(Instrument No. 24)** is **DENIED as moot.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the _6th_ day of March, 2002, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**

#26